# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| BRIAN ALLEN MILLER, | CASE NO. 07-CV-10177 |
| Plaintiff, | |
| -vs- | PAUL D. BORMAN<br>UNITED STATES DISTRICT JUDGE |
| CHARLES EICHENLAUB, et al., | MICHAEL HLUCHANIUK<br>UNITED STATES MAGISTRATE JUDGE |
| Defendants._____ / | |

## ORDER
## (1) ADOPTING THE MAGISTRATE JUDGE'S JULY 17, 2008 REPORT AND RECOMMENDATION; AND (2) GRANTING DEFENDANTS' MOTION TO DISMISS

Before the Court is the Magistrate Judge's July 17, 2008 Report and Recommendation granting Defendants' February 19, 2008 Motion to Dismiss. Neither party has filed timely objections under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b)(2). Having reviewed the Magistrate Judge's conclusions of fact and discussion of law, the Court hereby:

(1) **ADOPTS** the Magistrate Judge's Report & Recommendation (Doc. No. 21); and

(2) **GRANTS** Defendants' Motion to Dismiss (Doc. No. 17).

**SO ORDERED.**

                                                  s/Paul D. Borman
                                                  PAUL D. BORMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated: August 13, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on August 13, 2008.

                                                        s/Denise Goodine
                                                        Case Manager